# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**JASMINA IVANKOVIC,**

        Plaintiff,

        V.          CASE NUMBER: **06-C-227**

**CHILDREN'S HOSPITAL HEALTH SYSTEMS, and**
**UNITED HEARTLAND,**

        Defendants.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came on for consideration and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED **that the defendants' motions to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure are GRANTED.**
**This action is hereby DISMISSED.**

| | |
|---|---|
| **January 23, 2007** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |